## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ISMAEL LOMELI, on behalf of himself, and all other similarly situated plaintiffs known and unknown, <br><br> Plaintiff <br><br> v. <br><br> VAN ZELST, INC. LANDSCAPING DEVELOPMENT AND MANAGEMENT, F/K/A LAND SERVICES, INC., AND THEODORE DAVID VAN ZELST, INDIVIDUALLY, <br><br> Defendants | No. 16-cv-7694 <br><br> Honorable Judge Feinberger <br><br> ***JURY DEMAND*** |

Joint Stipulation to Dismiss

Now come the Parties pursuant to Fed. R. Civ. P. 41, jointly stipulating to voluntarily dismiss Counts I, II, III, and IV in the above captioned action. The final count, Count V, remains active.

Date: March 20, 2018

/s/ Neil Kelley

Neil Kelley
FARMWORKER AND LANDSCAPER
ADVOCACY PROJECT
33 N. LaSalle, Suite 900
Chicago, IL 60602
(312) 784-3541
Attorney for Plaintiff

/s/ Ronald B. Kowalczyk

Ronald B. Kowalczyk
KELLEHER & BUCKLEY, LLC
102 S. Wynstone Park Drive
North Barrington, IL 60010
(847) 382-9130
Attorney for Defendant